```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| BARBARA DELAURENTIS, et al.,<br><br>         Plaintiffs<br><br>         v.<br><br>METROPOLITAN BUS AUTHORITY, et al.,<br><br>         Defendants | CIVIL NO. 07-1510 (JP) |

**FINAL JUDGMENT**

Before the Court is a notice of settlement filed by all parties hereto (No. 15).  Pursuant thereto, the Court **ENTERS JUDGMENT FOR PLAINTIFFS** Barbara and Steven DeLaurentis, on behalf of their minor daughter, to have and recover against Defendants Metropolitan Bus Authority and MAPFRE PRAICO Insurance Company the sum of **FIFTY FIVE THOUSAND DOLLARS ($55,000.00),** of which attorneys' fees at a rate of twenty-five percent,[1] and expenses[2] will be paid by the Plaintiffs.

This settlement is contingent upon acceptance by the Special Solicitor for Minors (Procuradora de Menores).

This Judgment **SHALL** be paid within ninety days of this date by depositing the principal with the Clerk of the Court.

---

1.    Currently amounting to $13,750.00.

2.    Currently amounting to $595.33.

CIVIL NO. 07-1510 (JP)          -2-

This Judgment is a release from all causes of action exercised in the Complaint and all causes of action that could follow or emanate from the facts stated therein.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of November, 2007.

                                        s/Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                U.S. SENIOR DISTRICT JUDGE